NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


GARY JUDSON CODDINGTON,    )
    )
    Appellant,    )
    )
v.    )    Case No. 2D17-4929
    )
JANIS ANN CODDINGTON,    )
    )
    Appellee.    )
_____)

Opinion filed September 28, 2018.

Appeal from the Circuit Court for Pinellas
County; George Jirotka, Judge.

Jane H. Grossman, St. Petersburg, for
Appellant.

No appearance for Appellee.


PER CURIAM.


    Affirmed.


NORTHCUTT, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.